## McDAVID KNEE GUARD, INC., Plaintiff–Appellant,

and

Stirling Mouldings Limited, Plaintiff,

v.

NIKE USA, INC., Defendant–Appellee.

No. 2010–1171.

United States Court of Appeals, Federal Circuit.

Oct. 13, 2010.

Karl R. Fink, Fitch, Even, Tabin & Flannery, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were John F. Flannery and Paul B. Henkelmann.

William C. Rooklidge, Howrey LLP, of Irvine, CA, argued for defendant-appellee. With him on the brief were Ryan E. Lindsey, Alyson G. Barker and Russell B. Hill.

RADER, Chief Judge, NEWMAN and CLEVENGER, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.